IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-CV-01003-EWN-MJW

N-ZYMECEUTICALS, INC., et al.,

Plaintiff(s),

v.

DALE KRIZ, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Vacate Scheduling Conference (docket no. 9) is DENIED.

Date: August 8, 2005